1030 

[No. 42403-3-I. Division One. February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
FRANK HITE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-06107-1, Richard M. Ishikawa, J., entered
March 2, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 42715-6-I. Division One. February 14, 2000.]

SHANE HENRY, ET AL., *Appellants*, v. CLINT KRAUSE, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-31922-6, Jeffrey Michael Ramsdell, J.,
entered May 18, 1998. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.

[No. 42884-5-I. Division One. February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BRUCE
JONES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07688-7, Michael S. Spearman, J., entered
June 19, 1998. *Dismissed* by unpublished per curiam
opinion.

[No. 42885-3-I. Division One. February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY LEE
HEMPHILL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08669-4, Harriett M. Cody, J., entered
June 5, 1998. *Affirmed* by unpublished per curiam opinion.